# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WASHINGTON
### PROBATION OFFICE

**MATTHEW L. THOMPSON**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA  99210-0306
(509) 742-6300 / fax (509) 742-6339

March 10, 2016

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA  98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA  99352-0446
(509) 943-8130 / fax (509) 943-8139

REPLY TO   Spokane

The Honorable Salvador Mendoza, Jr.
U.S. District Judge
U.S. Federal Building
825 Jadwin Avenue
Richland, WA 99352

RE: **Mendoza-Mora, Daniel**
Docket No: **4:15CR06008-SMJ-1**

**REQUEST FOR OUT OF COUNTRY TRAVEL**

Your Honor:

Mr. Mendoza-Mora is requesting travel to visit his family in Mexico ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ He plans to travel by mode of airplane, leaving on March 21, 2016.  Mr. Mendoza-Mora reported he will return by same mode of transportation on April 5, 2016.

Mr. Mendoza-Mora was sentenced in the Southern District of Texas at McAllen on May 17, 2011, to possession with intent to distribute 1,200.6 kilograms of marijuana.  He received 46 months imprisonment followed by a 3-year term of supervised release.  Mr. Mendoza-Mora began his term of supervised release in the Eastern District of Washington on April 3, 2014.  Jurisdiction was transferred to the Eastern District of Washington on March 2, 2015.

Mr. Mendoza-Mora has been in compliance with his supervision and has maintained a stable residence and employment.

This officer respectfully recommends Mr. Mendoza-Moras' request of travel to Mexico be granted.

        Respectfully submitted,

        Matthew L. Thompson
        Chief U.S. Probation Officer


        By: s/Erica Helms    03/10/2016
        Erica Helms           Date
        U.S. Probation Officer

APPROVED BY:

s/Shane Moore    03/10/2016
Shane Moore           Date
Supervisory U.S. Probation Officer

---

**ORDER OF THE COURT:**

**Approved**    X           **Disapproved** _____

03/14/2016                            _____
**Date**                                          The Honorable Salvador Mendoza, Jr.
                                                   U.S. District Judge