# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WASHINGTON
### PROBATION OFFICE

**MATTHEW L. THOMPSON**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA  99210-0306
(509) 742-6300 / fax (509) 742-6339

April 25, 2016

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA  98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA  99352-0446
(509) 943-8130 / fax (509) 943-8139

REPLY TO    Yakima

The Honorable Salvador Mendoza, Jr.
U.S. District Judge
U.S. Courthouse and Federal Building
825 Jadwin Avenue
Richland, WA  99352

**RE: Mendoza-Mora, Daniel**
**Docket No: 4:15CR06008-SMJ-1**
**<u>REQUEST FOR OUT OF COUNTRY TRAVEL</u>**

Your Honor:

Mr. Mendoza-Mora is requesting travel to Mexico due to his uncle, Jose Guadalupe Mendoza, having a heart attack and currently being in a hospital.  He plans to stay at his uncle's residence with his family at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.  He plans to travel by mode of vehicle transportation, leaving on April 20, 2016.  Mr. Mendoza-Mora reported he will return by same mode of transportation on or about April 30, 2016.

Mr. Mendoza-Mora was sentenced in the Southern District of Texas at McAllen, on May 17, 2011, to possession with intent to distribute 1,200.6 kilograms of marijuana.  He received 46 months imprisonment followed by a 3-year term of supervised release.  Mr. Mendoza-Mora began his term of supervised release in the Eastern District of Washington on April 3, 2014.  Jurisdiction was transferred to the Eastern District of Washington on March 2, 2015.

Mr. Mendoza-Mora has been in compliance with his supervision and has maintained a stable residence and employment.

This officer respectfully recommends Mr. Mendoza-Moras' request of travel to Mexico be granted.

Respectfully submitted,

Matthew L. Thompson
Chief U.S. Probation Officer

By: s/Erica Helms         04/25/2016
Erica Helms                    Date
U.S. Probation Officer

APPROVED BY:

s/Rebecca M. Nichols      04/25/2016
Rebecca M. Nichols              Date
Deputy Chief U.S. Probation Officer

---

**ORDER OF THE COURT:**

**Approved** _____X_____    **Disapproved** _____

_____04/25/2016_____        _____
**Date**                    The Honorable Salvador Mendoza, Jr.
                            U.S. District Judge